# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP SPENCER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-1136-AMM-JHE |
| **N DORM SIDE CUBE OFFICE,** *et al.*, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Phillip Spencer has filed a *pro se* amended complaint seeking monetary damages or injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. Doc. 8. On May 3, 2024, the magistrate judge entered a report recommending the court dismiss this action without prejudice under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. Doc. 9. Although the magistrate judge advised Mr. Spencer of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 30th day of May, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE